

# NUMBER 13-18-00268-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE EASTMAN CHEMICAL COMPANY
## AND EASTMAN IN ITS ASSUMED OR COMMON NAME

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

Relator Eastman Chemical Company and Eastman in its assumed or common name filed a petition for writ of mandamus seeking to compel the trial court to transfer venue of the underlying suit from Nueces County, Texas to Galveston County, Texas based on mandatory venue regarding land. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 15.011 (West, Westlaw through 2017 1st C.S.).

The Court requests that the real party in interest Gulf Hydrogen and Energy, Inc., or any others whose interest would be directly affected by the relief sought, file a response

to the petition for writ of mandamus on or before the expiration of ten days from the date

of this order.  *See* Tᴇx. R. Aᴘᴘ. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed the
6th day of June, 2018.